# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 14, 2014 |
| Court Reporter: Janet Coppock | Time: 24 minutes |
| Probation Officer: Gary Burney | Interpreter: Cathy Bahr |

**CASE NO. 14-CR-00025-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Geoffrey Rieman |
| Plaintiff, | |
| vs. | |
| **ALVARO PEREZ-ESTRADA,** | Matthew Belcher |
| Defendant. | |

## SENTENCING

**1:36 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to his qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.

Page Two
14-CR-00025-PAB
July 14, 2014

The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Belcher in support of the defendant's Motion for a Variant Sentence Pursuant to 18 U.S.C. § 3553(a) and comments addressing sentencing.

Argument by Mr. Rieman and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for a Variant Sentence Pursuant to 18 U.S.C. § 3553(a) [Docket No. 23], is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **April 3, 2014** to count **1 of the Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **15** months.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he/she may be subject to further federal prosecutions.

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Three
14-CR-00025-PAB
July 14, 2014

**ORDERED:**  Government's Motion for Decrease for Acceptance of Responsibility [Docket No.22], is **GRANTED.**

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**2:00 p.m.     COURT IN RECESS**

**Total in court time:    24 minutes**

**Hearing concluded**